E. S. FLOWER, APPELLEE, V. OTTO JENSEN ET AL., APPELLANTS.

FILED NOVEMBER 10, 1931. No. 27903.

*Davis, Hendrickson & Davis,* for appellants.

*H. E. Burkett, contra.*

Heard before ROSE, GOOD, DAY and PAINE, JJ., and BEGLEY, District Judge.

PER CURIAM.

Plaintiff brought this action in the district court for Cedar county to foreclose a real estate mortgage. The trial court found for plaintiff and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.